

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **FILED UNDER SEAL** |
| Plaintiff, | ) Case No. 20-CR-237-JFH |
| v. | ) |
| CARL GENE ORTNER, JR. | ) |
| Defendant. | ) |

**MOTION FOR DETENTION**

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY

/s/ Ryan Roberts
_____
Ryan M. Roberts, OBA No. 16433
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700