UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | | | |
|---|---|---|---|
| vs. | Plaintiff, | Case No.: | 20-CR-237-JFH |
| | | Date: | 9/30/2021 |
| | | Court Time: | 10:40 to 11:25 |
| Carl Gene Ortner Jr, | | | |
| | Defendant(s). | **MINUTE SHEET - SENTENCING** | |

John F. Heil III, Chief U.S. District Judge     P. Lynn, Deputy Clerk     Terri Beeler, Reporter

Counsel for Plaintiff: Shannon Cozzoni     Counsel for Defendant: Randy Lynn, appt
Probation Officer: Ben Ciranowicz

☒ Defendant appears in person with counsel     ☒ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:     ☐ Objs by:     ☐ Pltf     ☐ Deft;     ☒ No Objs;     ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;     ☒ Findings re: Plea Agreement Accepted
☒ Sentence re: Guideline;     ☒ Findings made;     ☐ Departure:     ☒ Variance:     ☒ Upward     ☐ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown

**SENTENCE: As to Count(s)** 1-5 **of the Superseding Indictment** :

☒ Bureau of Prison for a term of     Ct 1 - Life, Ct 2 - 180, Ct 3 - 24, Ct 4,5 - 12 months     ☒ Concurrent
☒ Supervised Release for term of     Ct 1-3- Life, Ct 4,5 - 12 months     ☐ Concurrent
☒ Fine:     $100,000     ☐ With Interest
☒ Special Monetary Assessment     Ct 1-3 - $100 each, Ct 4,5 - $25 each count     ☒ Due Immediately
☒ Order of Forfeiture [Dkt. 67]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction
☒ DNA Sample
☒ Controlled Substances Restriction
☐ Computer Restriction     ☒ Sex Offender - Paragraphs 1-5,7
*************************************************************************************************************************

☒ Defendant advised of right to appeal     Court recommends to BOP:
☐ Appeal affidavit required     ☒ Designate a facility located in or near: Seagoville TX
☒ Remaining counts ordered dismissed: original indictment
☒ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** Three victims heard. Any transcripts shall have the victim names redacted.